UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00363-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. VICTOR VALENCIA,
      aka "Miguel"
      aka "Pille",
2. NAURILIO TORRES,
      aka "Maurilio Torres"
3. CARLOS ALBERTO TORRES,
      aka "Fernando"
4. ASHLEY VALDEZ,
5. GUADALUPE CANO,
      aka "Lupe",

      Defendants.

## CASE MANAGEMENT ORDER

THIS MATTER came before the Court on a status conference on Wednesday, October 25, 2006.  In accordance with my rulings at the conference, it is

ORDERED that Defendant Guadalupe Cano's Motion to Continue Trial and Declare Case Complex is **GRANTED**.  I find, for the reasons stated in Defendant's motion and on the record, that this case is complex within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).  Accordingly, I find that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits

established by the Speedy Trial Act.  I further find that the ends of justice are served by a continuance of the speedy trial deadlines.  It is

FURTHER ORDERED that the ten (10) day jury trial set to commence Monday, November 20, 2006, is **VACATED**.  It is

FURTHER ORDERED that the Government shall produce all available discovery materials to Defendants by **Monday, November 20, 2006**.  It is

FURTHER ORDERED that all motions (other than those that address challenges to the wiretaps) shall be filed not later than 60 days from the receipt of discovery.  It is

FURTHER ORDERED that the parties shall file a status report not later than 60 days from receipt of discovery indicating the proposed timing for the filing of motions challenging the legality of the wiretaps.

Dated:  October 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge