IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
                      JUDGE WILEY Y. DANIEL
_____

Date:              March 4, 2008          Probation:    Dee Clark
Courtroom Deputy:  Robert R. Keech        Interpreter:  Ruth Warner
E.C.R./Reporter:   Kara Spitler
_____

Criminal Case No: **06-cr-00363-WYD**      Counsel:

UNITED STATES OF AMERICA,                  Wayne Campbell

         Plaintiff,

v.

**1. VICTOR VALENCIA, a/k/a Pille,**       Nicholas F. Reyes
**a/k/a Miguel**,

         Defendant.
_____

                              **SENTENCING**
_____

**2:44 p.m.**    Court in Session - Defendant present (in-custody)

                 **Change of Plea Hearing - Friday, November 16, 2007, at 11:00 a.m.**
                 **Plea of Guilty - count one of Indictment**

                 APPEARANCES OF COUNSEL.

                 Interpreter sworn (Spanish)

                 Court's opening remarks.

2:45 p.m.        Statement on behalf of Defendant (Mr. Reyes).

2:46 p.m.        Statement and argument on behalf of Government (Mr. Campbell).

2:48 p.m.        Statement on behalf of Defendant (Mr. Reyes).

                                  -1-

Judge Wiley Y. Daniel
06-cr-00363-WYD - Sentencing Minutes

2:50 p.m.   Statement on behalf of Probation (Ms. Clark).

2:52 p.m.   Statement by Defendant on his own behalf (Mr. Valencia).

Court makes findings.

**ORDERED:** Defendant's Motion for Departure or for Variance (as contained in Defendant Victor Valencia's Sentencing Memorandum and 3553 Factors, [doc. #161, filed 2/26/08]) is **DENIED AS WITHDRAWN.**

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (#162 - 2/28/08) is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **84** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in southern California with the Residential Drug Abuse Program (R.D.A.P.).**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

Judge Wiley Y. Daniel
06-cr-00363-WYD - Sentencing Minutes

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

    (X)   Defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Count Seven of the Indictment (#163 - 3/4/08) is **GRANTED.**

    Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:59 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:15**