IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00363-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  VICTOR VALENCIA, a/k/a "Miguel," a/k/a "Pille,"

     Defendant.

---

## ORDER

---

Comes on this day to be considered the Motion of the United States to dismiss the Indictment as it pertains to Defendant VICTOR VALENCIA. The Defendant has pled guilty to Count One of the Indictment, which charges a a violation of Title 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A), Conspiracy to Distribute and Possess with Intent to Distribute 500+ grams of Methamphetamine.

Having considered same, the Court finds there are good grounds to grant the motion. It is hereby

ORDERED that count seven of the Indictment is hereby DISMISSED as to Defendant VICTOR VALENCIA.

So Ordered this 4th day of March, 2008 at Denver, Colorado.

                            BY THE COURT:


                            s/ Wiley Y. Daniel
                            WILEY Y. DANIEL,
                            UNITED STATES DISTRICT JUDGE